JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AIRBRIDGECARGO AIRLINES, LLC, a foreign company of unknown business form<br><br>　　　　　Defendant. | Case No.:  CV-13-07284-MWF (RZx)<br><br>**JUDGMENT** |

On July 28, 2014, the Court granted Plaintiff's Motion for Default Judgment against Defendant AirBridgeCargo Airlines.  Finding that good cause exists for entry of a default judgment under Rule 54 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Great American Insurance Company of New York shall have judgment against Defendant AirBridgeCargo Airlines LLC. in the amount of $10,631.80.

Dated:  July 28, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge